**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

June 05, 2014

Hon. Miguel Alberto Saldana
Attorney at Law
105 E. 3rd Street
Weslaco, TX  78596

Hon. Keith C. Livesay
517 W. Nolana
Brazos Suites No. 9
McAllen, TX  78504

Re:      Cause No. 13-13-00568-CV
Tr.Ct.No. C-4271-13-B
Style:   LA VILLA INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES v.
         THE BOARD OF ALDERMEN FOR THE CITY OF LA VILLA

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
93rd District Court
Hon. Laura Hinojosa, Hidalgo County District Clerk
Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region